# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN A. ASSALONE**, *et al.*, | : CIVIL ACTION NO. 1:12-CV-2395 |
| Plaintiffs | : (Chief Judge Conner) |
| v. | : |
| **S-L DISTRIBUTION COMPANY, INC.,** f/k/a **SOH DISTRIBUTION COMPANY, INC.,** | : |
| Defendants | : |

## **ORDER**

AND NOW, this 17th day of October, 2013, upon consideration of the Rule 12(b)(6) motion to dismiss (Doc. 33) by S-L Distribution Company, Inc. f/k/a SOH Distribution Company, Inc. ("S-L Distribution"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that S-L Distribution's motion (Doc. 33) is GRANTED, and plaintiffs' second amended complaint (Doc. 31) is DISMISSED without prejudice to file an amended pleading within twenty (20) days of the date of this Order. If an amended pleading is not filed within that time, the Clerk of Court will be directed to close this case.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania